RECEIVED
IN MONROE, LA
JUN 13 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| KENNETH NEWMAN and LINDA NEWMAN | * | CIVIL ACTION NO. 06-0855 |
| | * | JUDGE JAMES |
| VERSUS | | |
| | * | MAGISTRATE JUDGE HAYES |
| THE CLARION HOTEL @ LOS ANGELES INTERNATIONAL AIRPORT | | |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment (Doc. #27) is hereby **GRANTED**, and that the case is **DISMISSED with prejudice**.

THUS DONE AND SIGNED this 13 day of June, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION